Kareemah **BELL–BOSTON**, Appellant

v.

**J. NIXON, Marshall Heights Workforce Community Development Organization,** Appellee.

No. 12–7123.

United States Court of Appeals, District of Columbia Circuit.

May 1, 2013.

Kareemah Bell-Boston, Washington, DC, pro se.

Before: GARLAND, Chief Judge; and HENDERSON and GRIFFITH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 16, 2012, be affirmed. The district court properly determined appellant had failed to demonstrate either federal question jurisdiction, *see* 28 U.S.C. § 1331, or diversity jurisdiction, *see* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.